IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAED BRAWNER,

        Petitioner,

v.                                      CASE NO.  4:09cv112-SPM/WCS

KENNETH S. TUCKER, Secretary,
Florida Department of Corrections,

        Respondent.

_____/

## **ORDER**

        THIS CAUSE comes before the Court on the Magistrate Judge's Report and Recommendation dated November 1, 2011.  Doc. 27.  Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1).  Doc. 34.  Despite the objections, I have determined that the report and recommendation is correct and should be adopted.

        Grounds one, two, four, and five of the petition are procedurally defaulted. As to ground three, alleging that his guilty plea was coerced and that his attorney was ineffective, Petitioner has not shown that the trial court's ruling was based on an unreasonable determination of the facts or was contrary to, or involved an

unreasonable application of, clearly established Federal law.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 27) is ADOPTED and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Caed Brawner pursuant to 28 U.S.C. § 2254, challenging his conviction for first degree murder and armed robbery with a firearm in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, case number 2000-CF-1215A1, is denied.

3. A certificate of appealability is denied because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 16th day of February, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge